United States District Court
District Court Puerto Rico
Exhibits Log: 25-466-7 8-14-26 Bail Rev
USA v. Pacheco-Marin et al, 8/14/2026

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Defen-A | Discharge Summary | No | 8/14/2026 12:00 AM | 8/14/2026 12:00 AM |
| Defen-B | Steven Gonzalez-Sanchez Work History | No | 8/14/2026 12:00 AM | 8/14/2026 12:00 AM |
| Defen-C | Employment Verification Letter | No | 8/14/2026 12:00 AM | 8/14/2026 12:00 AM |
| Defen-D | Aileen Escobar-Maldonado Personal Character Reference Letter | No | 8/14/2026 12:00 AM | 8/14/2026 12:00 AM |
| Defen-E | Medical Records | No | 8/14/2026 12:00 AM | 8/14/2026 12:00 AM |